U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ASSET ALLOCATION AND MANAGEMENT CO., LLC, Plaintiff, v. PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY, Defendants. | **FILED: AUG. 07, 2008**<br>**08CV4471**<br>**JUDGE DARRAH**<br>**MAGISTRATE JUDGE ASHMAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Asset Allocation and Management Co., LLC

| NAME (Type or print) |
|---|
| Kenneth M. Kliebard |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kenneth M. Kliebard |
| FIRM |
| Howry LLP |
| STREET ADDRESS |
| 321 North Clark Street, Suite 3400 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201479 | (312) 595-1239 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐