**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ASSET ALLOCATION AND MANAGEMENT CO., LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 4471 |
| v. | ) ) | JUDGE DARRAH |
| PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT**

Defendants, Physicians Mutual Insurance Company and Physicians Life Insurance Company, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, move this Court for an Order dismissing the Complaint for Declaratory Judgment of Plaintiff, Asset Allocation and Management Co., LLC. In support of this motion, Defendants submit the accompanying memorandum.

**WHEREFORE**, Defendants request an Order of the Court dismissing the Complaint for Declaratory Judgment and for such other and further relief as is just and proper.

**DATED:** September 2, 2008        Respectfully submitted,

**PHYSICIANS MUTUAL INSURANCE COMPANY
and PHYSICIANS LIFE INSURANCE COMPANY,**

/s/ Arthur F. Radke
Arthur F. Radke
Kathleen E. Surowiec
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 627-6302 (fax)

and

James J. Frost
McGRATH, NORTH, MULLIN & KRATZ PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070
(402) 341-0216 (fax)

Case 1:08-cv-04471    Document 8    Filed 09/02/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 2nd day of September, 2008, I electronically filed the above foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kenneth M. Kliebard
Howrey, LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610
kliebardk@howrey.com

                 /s/ Arthur F. Radke

CHICAGO\2508068.2
ID\AFR