IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASSET ALLOCATION AND MANAGEMENT CO., LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY,<br><br>  Defendants. | )<br>)<br>)<br>) No. 08 C 4471<br>)<br>) JUDGE DARRAH<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO:**  COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Tuesday, September 9, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John W. Darrah** or any judge sitting in his stead in **Room 1203** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Defendants' Motion to Dismiss Complaint for Declaratory Judgment**, a copy of which is attached hereto.

**DATED:** September 2, 2008        **PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY,**

    /s/ Arthur F. Radke
    Arthur F. Radke
    Kathleen E. Surowiec
    DYKEMA GOSSETT PLLC
    10 S. Wacker Drive, Suite 2300
    Chicago, IL  60606
    (312) 876-1700
    (312) 627-6302 (fax)

    and

    James J. Frost
    McGRATH, NORTH, MULLIN & KRATZ PC LLO
    Suite 3700, First National Tower
    1601 Dodge Street
    Omaha, NE  68102
    (402) 341-3070

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of September, 2008, I electronically filed the above foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kenneth M. Kliebard
Howrey, LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610
kliebardk@howrey.com

       /s/ Arthur F. Radke

CHICAGO\2508682.1
ID\IVF

2