# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASSET ALLOCATION AND MANAGEMENT CO., LLC, | ) ) ) |
| Plaintiff, | ) No. 08 C 4471 ) |
| v. | ) JUDGE DARRAH ) |
| PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants, Physicians Mutual Insurance Company and Physicians Life Insurance Company, state as follows:

1. Physicians Life Insurance Company is a wholly owned subsidiary of Physicians Mutual Insurance Company.

2. No publicly held companies own ten (10) percent or more of Physicians Mutual Insurance Company.

**DATED:** September 2, 2008         Respectfully submitted,

**PHYSICIANS MUTUAL INSURANCE COMPANY and PHYSICIANS LIFE INSURANCE COMPANY,**

/s/ Arthur F. Radke
Arthur F. Radke
Kathleen E. Surowiec
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 627-6302 (fax)

and

James J. Frost
McGRATH, NORTH, MULLIN & KRATZ PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070
(402) 341-0216 (fax)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 2nd day of September, 2008, I electronically filed the above foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kenneth M. Kliebard
Howrey, LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610
kliebardk@howrey.com

                                              /s/ Arthur F. Radke

CHICAGO\2508524.1
ID\IVF